

**SO ORDERED.**
**SIGNED this 13th day of November, 2015**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### Northern Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOHN PAUL GILLESPIE ) | Case No. 3:14-BK-33781-SHB |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | |

### ORDER REOPENING CASE, AUTHORIZING
### APPOINTMENT OF TRUSTEE, AND WAIVER OF REOPENING FEES

This matter having come before the Court on the motion of the U.S. Trustee to reopen Case No. 3:14-bk-33781-SHB pursuant to 11 U.S.C. § 350(b), authorize the appointment of a trustee in the reopened case pursuant to Rule 5010 of the Federal Rules of Bankruptcy Procedure, and to waive the filing fee pursuant to 11 U.S.C. § 105(a), and for good cause shown, it is hereby

ORDERED that Case No. 3:14-bk-33781-SHB is reopened.

IT IS FURTHER ORDERED that the U.S. Trustee is authorized to appoint a trustee in this case in order to protect the interest the creditors and to insure efficient administration of the case.

IT IS FURTHER ORDERED that the reopening fee is hereby waived for the U.S. Trustee.

###

APPROVED FOR ENTRY:

SAMUEL K. CROCKER
United States Trustee, Region 8

*/s/ Tiffany A. DiIorio*
Tiffany A. DiIorio
Trial Attorney, Florida Bar Number 0719706
U.S. Department of Justice
Office of the U.S Trustee
800 Market Street, Suite 114
Knoxville, TN 37902
Telephone:  (865) 545-4324
Email: tiffany.diiorio@usdoj.gov