**SO ORDERED.**
**SIGNED this 22nd day of January, 2016**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**JOHN PHILIP GILLESPIE**                          Case No. **3:14-bk-33781-SHB**
                                                   Chapter 7

        Debtor.

## ORDER

Michael H. Fitzpatrick, Trustee, moved for an examination of the debtor, John Philip Gillespie, pursuant to Fed. R. Bankr. P. 2004. The relief may be granted *ex parte*. Based upon the motion, the Trustee and parties in interest may examine John Philip Gillespie pursuant to Fed. R. Bankr. P. 2004 for an examination on a date, at a place and time certain or by agreement with the witness.

###

APPROVED FOR ENTRY:

/s/ Ryan E. Jarrard
Ryan E. Jarrard, Esq.
BPR No. 024525
Attorney for Michael H. Fitzpatrick, Trustee
**Quist, Cone & Fitzpatrick, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 232
REJ@qcflaw.com