

**SO ORDERED.**
**SIGNED this 3rd day of March, 2016**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

    **JOHN PHILIP GILLESPIE**           Case No. **3:14-bk-33781-SHB**
                                                                     Chapter 7

        Debtor.

## ORDER

Upon the application of Michael H. Fitzpatrick, Trustee, the Court finds that the debtor did receive an inheritance of $40,000.00 that was the property of the estate. The debtor failed to turn over the inheritance as he was instructed to do at the 341 meeting. The Court also finds that the debtor is still in possession of funds from the inheritance, as he has previously testified to being in possession of $2,500.00. As a result, the trustee's motion to turnover property is hereby **GRANTED.**

John Philip Gillespie, debtor, is hereby ordered to turn over no later than five (5) business days following the entry of this order all remaining proceeds, wherever located, of the August 2014 inheritance to Michael H. Fitzpatrick, Trustee.

###

**APPROVED FOR ENTRY:**

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esq.
BPR No. 024525
Attorney for Michael H. Fitzpatrick, Trustee
**Quist, Cone & Fitzpatrick, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 232
REJ@qcflaw.com