# Quist, Cone & Fitzpatrick, PLLC
2121 First Tennessee Plaza
Knoxville, TN 37929

IRS TIN: 62-0525931

Phone:(865) 524-1873          Fax:(865) 525-2440

---

Michael H. Fitzpatrick, Trustee                                            March 21, 2016
2121 First Tennessee Plaza
Knoxville, TN 37929

|  |  |
|---|---|
| File #: | 346-155 |
| Inv #: | 17648 |

Attention:   Michael H. Fitzpatrick

RE:   Represent estate to recover inheritance assets from Debtor
      In re Gillespie Case No. 3:14-bk-33781-SHB

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 12/14/2015 | | |
| | REJ   Draft motion and order to hire. | 0.50 |
| 12/18/2015 | | |
| | REJ   Review amended debtor Schedules. | 0.20 |
| 01/06/2016 | | |
| | REJ   Receipt and review signed hiring order. | 0.10 |
| 01/21/2016 | | |
| | REJ   Draft motion and order for Rule 2004 exam of the Debtor. | 0.50 |
| | REJ   Check docket for deadline to file 727 objection. | 0.10 |
| 01/22/2016 | | |
| | REJ   Draft notice of Rule 2004 exam. | 0.25 |
| 01/29/2016 | | |
| | REJ   Multiple emails with Tiffany DiIorio with the UST regarding attending John Phillip Gillespie Rule 2004 examination. | 0.30 |
| 02/08/2016 | | |
| | REJ   Prepare for 2004 exam. | 1.00 |

| | | |
|---|---|---|
| REJ | Receipt and Review of Section 341 meeting recording. | 0.20 |
| REJ | Two emails with Lisa Caldwell regarding 341 meeting recordings. | 0.20 |
| REJ | Multiple emails with David Houbre and Tiffany DiIorio regarding 341 meeting. | 0.50 |

02/09/2016
| | | |
|---|---|---|
| REJ | Draft amended notice of 2004 examination due to agreed change in examination date. | 0.25 |
| REJ | Email to David Houbre regarding rescheduled 2004 examination. | 0.10 |

02/11/2016
| | | |
|---|---|---|
| REJ | Email to Lisa Chadway regarding additional 341 recording. | 0.10 |
| REJ | Receipt and review of additional Section 341 recording. | 0.20 |

02/15/2016
| | | |
|---|---|---|
| REJ | Multiple emails with Tiffany DiIorio and David Houbre regarding 2004 exam. | 0.60 |

02/17/2016
| | | |
|---|---|---|
| REJ | Attend Rule 2004 examination of the debtor. | 2.30 |
| REJ | Review documents provided by the Debtor at the Rule 2004 exam. | 1.00 |

02/22/2016
| | | |
|---|---|---|
| REJ | Two emails with David Houbre regarding requested documents and voluntary waiver of discharge by the Debtor. | 0.20 |

02/25/2016
| | | |
|---|---|---|
| REJ | Emails with David Houbre regarding suggested changes to agreed waiver of discharge. | 0.30 |
| REJ | Draft motion and order to compel turnover of property. | 0.50 |

| | | |
|---|---|---:|
| REJ | Draft motion and order to shorten time. | 0.50 |
| REJ | Receipt and review of Debtor's proposed Motion to Waive Discharge from David Houbre. | 0.50 |

02/26/2016

| | | |
|---|---|---:|
| REJ | Lengthy call to Atty. Cunningham regarding unlisted creditor and request to file claim. | 0.50 |
| REJ | Call to Independence title company to locate identity of judgment lien holder in Mays estate as it related to debtor's hidden inheritance. | 0.20 |
| REJ | Review email from debtor regarding missing exhibits. | 0.20 |
| REJ | Multiple emails with Atty. Cunningham regarding claim to be filed and pending Debtor discussions of discharge to be waived. | 0.60 |

02/29/2016

| | | |
|---|---|---:|
| REJ | Draft Section 727 Complaint for revocation of discharge to stay statute of limitations pending expected Debtor voluntary waiver of discharge. | 2.00 |
| REJ | Draft summons for John Gillespie. | 0.50 |
| REJ | Email to Atty. Cunningham regarding status of objection. | 0.10 |
| REJ | Emails to David Houbre regarding turnover of estate assets. | 0.20 |

03/01/2016

| | | |
|---|---|---:|
| REJ | Receipt and review new bank statements from David Houbre. | 0.50 |
| REJ | Two emails with David Houbre regarding bank statements and agreement for the Debtor to voluntarily waive discharge. | 0.20 |
| REJ | Receipt and review order granting motion to shorten time to compel turnover of property. | 0.10 |

03/02/2016
    REJ    Receipt and review response and affidavit with respect to motion to compel turnover.    0.30

03/03/2016
    REJ    Attend hearing on motion to compel turnover, motion granted.    0.75

    REJ    Review issued summons.    0.10

    REJ    Two emails with Atty. Cunningham regarding the Debtor's Motion to Waive Discharge.    0.20

    REJ    Receipt and review signed order granting Motion to Shorten time on waiver of discharge.    0.10

    REJ    Review signed order granting motion to compel turnover.    0.10

03/10/2016
    REJ    Email to Jeff Rusk regarding status of invoice.    0.10

03/11/2016
    REJ    Receipt and review order granting waiver of discharge.    0.10

    REJ    Draft notice of dismissal of adversary action.    0.50

03/16/2016
    REJ    Two emails with Mark Cunningham regarding claims.    0.20

03/17/2016
    REJ    Receipt and review court reporter bill from Jeff Rusk regarding 2004 exam.    0.10

    REJ    Draft cover letter to Jeff Rusk with payment of invoice for attending the Rule 2004 exam of the Debtor.    0.10

    18.15

| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---|---|
| Mar-17-16 | Reporting fee re: deposition of John Gilespie - Inv. #160307-REJ | 100.00 | |
| | Totals | $100.00 | $0.00 |

## RECAPITULATION

| Personnel | Hourly Rate | Hours | Total |
|---|---|---|---|
| Ryan E. Jarrard | $175.00 | 18.15 | $3,176.25 |

**Total Current Work** $3,176.25

**Balance Due Currently** $3,276.25